O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VIZCARRA,<br><br>    Plaintiff,<br><br>vs.<br><br>IRVING CHOU (in his individual capacity); THOMAS C. HOKINSON (in his individual capacity); ALFRED SOSA (in his individual capacity); GARY WONG (in his individual capacity); CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER, DOES 1-30,<br><br>    Defendants.<br>_____ | CASE NO. **CV 05-8440 CAS (Ex)**<br>Hon. Christina A. Snyder, District Judge<br>Hon. Charles Eick, Magistrate Judge<br><br>**[PROPOSED] AMENDED JUDGMENT ON JURY VERDICT** |

    This action came on regularly for trial in Courtroom 5 of the United States District Court, Honorable District Judge Christina A. Snyder, Judge Presiding; the plaintiff appearing by attorney Patricia J. Barry and the defendants appearing by attorney Paul N. Paquette.

    A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into Court on November 19, 2007, with its unanimous verdict as follows:

"Has plaintiff proven by a preponderance of the evidence that the adverse employment actions taken against her by defendants were in retaliation for the exercise of her constitutional right to freedom of speech and association on matters of public concern under the First Amendment?

Answer:    No."

It appearing by reason of said verdict that defendants are entitled to judgment against plaintiff.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. That plaintiff take nothing by way of her Complaint on file herein;
2. That judgment is entered in favor of defendants; and
3. That defendants shall recover $11,000 in statutory costs of suit with interest thereon at the rate of 4.53% from and after December 7, 2007.

DATED: February 7, 2008

By: *Christina A. Snyder*
CHRISTINA A. SNYDER
Honorable District Court Judge